**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Randolph W. WRIGHT, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 6, 1998.

***ORDER***

PER CURIAM:

AND NOW, this 6th day of October, 1998, the Petition for Allowance of Appeal is granted but limited to the following:

Whether the Superior Court erred in finding that the trial court properly denied

Petitioner's motion to suppress the firearms seized from his residence?